

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, NY 11201*

January 9, 2014

By ECF

The Honorable Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Alexander Fishenko, et al.
           Criminal Docket No. 12-626 (SJ)

Dear Judge Johnson:

    The government writes to propose a briefing schedule with respect to the defendant Alexander Fishenko's motion alleging a breach of the attorney-client privilege, filed on January 7, 2014 (Docket Entry No. 183). The undersigned is scheduled to begin trial before the Honorable Kiyo Matsumoto on January 13, 2014. Accordingly, the government respectfully requests that its response be due on or before February 10, 2014. The defendant will file his reply on or before February 25, 2014. Defense counsel consents to this schedule.

                                  Very truly yours,

                                  LORETTA E. LYNCH
                                  United States Attorney

                    By:      /s/
                         Daniel S. Silver
                         Assistant U.S. Attorney
                         Eastern District of New York
                         (718) 254-6034

cc:  Counsel for defendants (via ECF)