

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DSS  *271 Cadman Plaza East*
F.#2012R00387  *Brooklyn, New York  11201*

February 3, 2014

**Via ECF**

Re: United States v. Alexander Fishenko, et al.
Criminal Docket No. 12-626 (SJ)

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes additional discovery with respect to the above-referenced matter. The government also renews its request for reciprocal discovery.

Copies of video footage taken of the exterior of Arc Electronics, Inc. via stationary video cameras or "pole cameras" are available for order from the government's vendor, DupeCoop. The video footage has been loaded onto multiple external hard drives and is organized by date range. The video was taken from approximately November 15, 2010 to approximately October 3, 2012. If you order copies of any of this video, please specify the date range so that DupeCoop may produce a copy of the relevant materials. Orders should be placed via email to dupecoop@mac.com. DupeCoop's phone number is 973 895-1359.

If you have any questions or further requests, please do not hesitate to contact me.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: /s/ Daniel S. Silver
Daniel S. Silver
Assistant United States Attorney
(718) 254-6034

cc: Clerk of Court (SJ)