

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

HLJ
F.#2012R00387

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 22, 2014

**By ECF and Fedex**

Steve Zissou, Esq.
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361

      Re: United States v. Alexander Fishenko, et al.
           Criminal Docket No. 12-626 (SJ)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes additional discovery with respect to the above-referenced matter. The government also renews its request for reciprocal discovery.

      Enclosed please find a DVD containing financial documents pertaining to the defendant, bates numbered BANKAP 000000001 to BANKAP 000000006.

      If you have any questions or further requests, please do not hesitate to contact me.

      Very truly yours,

      LORETTA E. LYNCH
      United States Attorney

By: /s/
     Hilary Jager
     Assistant United States Attorney
     (718) 254-6248

Enclosures

cc:     Clerk of Court (SJ) (via ECF) (w/o enclosures)