

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

UAD
F.#2012R00387

*271 Cadman Plaza East*
*Brooklyn, New York   11201*

December 29, 2014

**By ECF and Regular Mail**

Steve Zissou, Esq.
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361

      Re:    United States v. Alexander Posobilov
               Criminal Docket No. 12-626 (S-1) (SJ)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes additional discovery with respect to the above-referenced case.   Enclosed please find (a) documents from the defendant's alien file, bates numbered AP 000000232 - AP 000000290; (b) photographs of the defendant, bates numbered AP 000000705 to AP 000000710; (c) photographs taken during a search of 22007 Birch Valley, bates numbered AP 000000291 to AP 000000704; and (d) ARC Electronics, Inc.'s offices at 9511 Town Park Drive, bates numbered ARC 000004891 to ARC 000005600.   The government also renews its request for reciprocal discovery from the defendant, as set forth in full in prior discovery letters.

      If you have any questions or further requests, please do not hesitate to contact me.

      Very truly yours,

      LORETTA E. LYNCH
      United States Attorney

By:    /s/
      Hilary Jager
      Assistant United States Attorney
      (718) 254-6248

Enclosures

cc:    Clerk of Court (SJ) (via ECF) (w/o enclosures)