

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| UAD | *271 Cadman Plaza East* |
| F.#2012R00387 | *Brooklyn, New York   11201* |

December 31, 2014

**By ECF and Regular Mail**

Richard Ware Levitt, Esq.
Levitt & Kaizer
40 Fulton Street
23rd Floor
New York, NY 10038

Morris J. Fodeman, Esq.
Wilson, Sonsini Goodrich & Rosati, PC
1301 Avenue of the Americas, 40th Floor
New York, NY 10019

Richard Lind, Esq.
880 Third Avenue, 13th Floor
New York, NY 10022

Sarita Kedia, Esq.
Law Offices of Sarita Kedia
5 East 22nd Street
Suite 7B
New York, NY 10010

Peyton Z. Peebles, Esq.
Capitaine Shellist Peebles & McAlister, LLP
405 Main Street
Suite 200
Houston, TX 77002

Steve Zissou, Esq.
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361

Re:   United States v. Alexander Fishenko, et al.
         Criminal Docket No. 12-626 (S-1) (SJ)

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes additional discovery with respect to the above-referenced matter.   The government also renews its request for reciprocal discovery.

Enclosed please find a DVD containing (a) licensing history documents, bates numbered ARC 000005601 to ARC 000005686; (b) two consensual recordings involving the defendant Alexander Fishenko, along with draft transcripts of those recordings, all bates numbered 5687 to 5704; and (c) an application for a United States visa filed by Sergey Klinov, bates numbered ARC 000005705 to ARC 000005713.   The draft transcripts are being produced pursuant to a draft transcripts stipulation previously signed by you.

1

If you have any questions or further requests, please do not hesitate to contact me.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: /s/
Una A. Dean
Assistant United States Attorney
(718) 254-6473

Enclosures

cc: Clerk of Court (SJ) (via ECF) (w/o enclosures)