

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

HLJ
F.#2012R00387

*271 Cadman Plaza East*
*Brooklyn, New York   11201*

February 12, 2015

**By ECF and FedEx**

Steve Zissou, Esq.
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361

   Re: United States v. Alexander Fishenko, et al.
     Criminal Docket No. 12-626 (S-1) (SJ)

Dear Counsel:

  Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes additional discovery with respect to the above-referenced matter.   The government also renews its request for reciprocal discovery.

  Enclosed please find a DVD containing documents received from Herotek Inc., All-Tech Electronics, TNT and Mouser Electronics pertaining to these companies' business with ARC, all Bates numbered ARC 000005714-ARC 000006044.

  In addition, please find a DVD containing documents, emails and correspondence pertaining to various documents and emails pertaining to your client obtained from computer equipment seized during the October 3, 2012 search of Arc Electronics, Inc., Bates numbered AP 00000711-AP 00002151. The government notes that the materials were previously made available to you in prior productions, but are being reproduced herein for ease of reference.

If you have any questions or further requests, please do not hesitate to contact me.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

By:   /s/
        Hilary Jager
        Assistant United States Attorney
        (718) 254-6248

Enclosures

cc:    Clerk of Court (SJ) (via ECF) (w/o enclosures)