

U.S. Department of Justice

United States Attorney
*Eastern District of New York*

RMT
F.#2012R00387

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 5, 2015

By FedEx

Richard Ware Levitt, Esq.
Levitt & Kaizer
40 Fulton Street, 23rd Floor
New York, NY 10038

Steve Zissou, Esq.
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361

Morris J. Fodeman, Esq.
Wilson, Sonsini Goodrich & Rosati, PC
1301 Avenue of the Americas, 40th Floor
New York, NY 10019

Sarita Kedia, Esq.
Law Offices of Sarita Kedia
5 East 22nd Street, Suite 7B
New York, NY 10010

Richard Lind, Esq.
880 Third Avenue, 13th Floor
New York, NY 10022

      Re:    United States v. Alexander Fishenko, et al.
             Criminal Docket No. 12-626 (S-1) (SJ)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes additional discovery with respect to the above-referenced matter. The government also renews its request for reciprocal discovery. Please note that these materials are being produced pursuant to the Court's protective order entered November 9, 2012.

      Enclosed please find a compact disc labeled "June 5, 2015 Production" containing the following materials:

- certain documents, bearing Bates numbers 06-05-2015-000000001 to 06-05-2015-000000086, and certain Excel spreadsheets, pertaining to Arc purchases from Analog Devices, Inc.;

- a FedEx Shipment Information Report and related documents relevant to the above-referenced case, bearing Bates numbers 06-05-2015-000000087 to 06-05-2015-000000092; and

- an email dated August 31, 2012, bearing Bates number 06-05-2015-000000093.

Very truly yours,

KELLY T. CURRIE<br>
Acting United States Attorney

By:  /s/
Daniel S. Silver
Una A. Dean
Richard M. Tucker
Assistant U.S. Attorneys
(718) 254-6034/6473/6204

Enclosure
cc:   Clerk of Court (SJ) (via ECF, w/o enclosure)