

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JDG:KMT
F.#2014R00081

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 29, 2015

<u>By ECF and E-mail</u>

Richard Ware Levitt, Esq.
Levitt & Kaizer
40 Fulton Street, 23rd Floor
New York, NY 10038

   Re: United States v. Fishenko, <u>et</u> <u>al.</u>
      Criminal Docket No. 12-626 (SJ)

Dear Mr. Levitt:

   The undersigned are firewall counsel in the above-referenced case. Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, enclosed please find a compact disc, bearing bates number ARC FILTER 745 and containing classified discovery in the above-referenced matter, and a classified document bearing bates numbers ARC FILTER 746-747. The compact disc and document are now available for your review in the SCIF in the EDNY courthouse.

   The prosecutors and agents involved in the investigation and prosecution of the above-referenced case have not reviewed the enclosed materials, nor have they been made aware of their contents, and the materials have not been produced to the other defendants in the case. Please note that these materials have been segregated in an

Richard Ware Levitt, Esq.
June 29, 2015
Page 2

abundance of caution and there has been no final determination whether these materials contain information protected by the attorney-client privilege, either in whole or in part.

   If you have any questions or further requests, please do not hesitate to contact us.

            Very truly yours,

            KELLY T. CURRIE
            Acting United States Attorney

      By: /s/_____
        James Gatta
        Kevin Trowel
        Assistant U.S. Attorneys
        (718) 254-6356/6351

Enclosures

cc: Clerk of Court (SJ) (by ECF) (w/o enclosures)