

U.S. Department of Justice

United States Attorney
Eastern District of New York

RMT
F.#2012R00387

271 Cadman Plaza East
Brooklyn, New York 11201

July 10, 2015

<u>By ECF and Regular Mail</u>

Richard Ware Levitt, Esq.
Levitt & Kaizer
40 Fulton Street, 23rd Floor
New York, NY 10038

Steve Zissou, Esq.
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361

Morris J. Fodeman, Esq.
Wilson, Sonsini Goodrich & Rosati, PC
1301 Avenue of the Americas, 40th Floor
New York, NY 10019

Sarita Kedia, Esq.
Law Offices of Sarita Kedia
5 East 22nd Street, Suite 7B
New York, NY 10010

Richard Lind, Esq.
880 Third Avenue, 13th Floor
New York, NY 10022

      Re:    United States v. Alexander Fishenko, et al.
             <u>Criminal Docket No. 12-626 (S-1) (SJ)</u>

Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes additional discovery with respect to the above-referenced matter. The government also renews its request for reciprocal discovery. Please note that these materials are being produced pursuant to the Court's protective order entered November 9, 2012.

Outlook files seized by the government in this case are now available for you to order via our contracted vendor, DupeCoop.  Please contact John Palermo, who can be reached via at dupecoop@mac.com or 973-895-1359.

>Very truly yours,
>
>KELLY T. CURRIE
>Acting United States Attorney
>
>By:   /s/
>Daniel S. Silver
>Una A. Dean
>Richard M. Tucker
>Assistant U.S. Attorneys
>(718) 254-6034/6473/6204

Enclosure
cc:   Clerk of Court (SJ) (via ECF, w/o enclosure)