

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DSS/UAD/RMT
F.#2012R00387

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 24, 2015

By ECF

Richard Ware Levitt, Esq.
Steve Zissou, Esq.
Sarita Kedia, Esq.
Morris J. Fodeman, Esq.
Richard Lind, Esq.

          Re:    United States v. Alexander Fishenko, et al.
                   Criminal Docket No. 12-626 (S-1) (SJ)

Dear Counsel:

        Pursuant to Giglio v. United States, 405 U.S. 150 (1972) and its progeny, the government hereby discloses that the following individuals received one or more awards for their contributions to this investigation. These awards included the FBI Director's Award for Outstanding Counterintelligence Investigation ("FBI Director's Award"); Office of the Director of National Intelligence Meritorious Unit Citation ("ODNI Award"); and the Department of Defense Counterintelligence Investigation Team Award ("DOD Award"). The recipients of these awards included: AUSA Daniel Silver (FBI Director's Award and ODNI Award); Claire Kedeshian (ODNI Award); Roman Rozhavsky (FBI Director's Award, ODNI Award and DOD Award); Richard Garodnick (FBI Director's Award, ODNI Award and DOD Award); Ronald Jones (ODNI Award and DOD Award); Julie Jordan (ODNI Award and DOD Award); Ryan Dusek (ODNI Award); Mikhail Dvilyanski (ODNI Award);

Olga Kendle (ODNI Award); Karen Nies-Vogel (ODNI Award); Olga Novosad (ODNI Award); and David Shrader (ODNI Award).

        Very truly yours,

        KELLY T. CURRIE
        Acting United States Attorney

By:   /s/
        Daniel S. Silver
        Una A. Dean
        Richard M. Tucker
        Assistant U.S. Attorneys
        (718) 254-6034/6473/6204

cc:     Clerk of Court (SJ) (via ECF)