

U.S. Department of Justice

United States Attorney
Eastern District of New York

DSS
F.#2012R00387

271 Cadman Plaza East
Brooklyn, New York 11201

September 11, 2015

By Fedex

Morris J. Fodeman, Esq.
Wilson, Sonsini Goodrich & Rosati, PC
1301 Avenue of the Americas, 40th Floor
New York, NY 10019

Steve Zissou, Esq.
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361

Richard Lind, Esq.
880 Third Avenue, 13th Floor
New York, NY 10022

Re:   United States v. Shavkat Abdullaev, et al.
      Criminal Docket No. 12-626 (S-1) (SJ)

Counsel:

Enclosed please find compact discs containing (1) unclassified 3500 material previously produced as classified 3500 material on August 10, 2015; (2) additional 3500 material for witnesses Richard Garodnick; Ben Liem; Chris Butler; and Viktoria Klebanova; and (3) documents and audio recordings in unclassified form, as requested by the defendants Diatlova and Posobilov on August 24, 2015.  Please note that these materials are being produced subject to a protective order.

Very truly yours,

KELLY T. CURRIE
Acting United States Attorney

By:   /s/
      Daniel S. Silver
      Una A. Dean
      Richard M. Tucker
      Assistant U.S. Attorneys
      (718) 254-6034/6473/6204

Enclosures
cc:   Clerk of Court (SJ) (via ECF, w/o enclosures)